UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT A. COATES,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

CASE NO. C07-5669 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION REVERSING AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge that the decision of the Commissioner determining Scott A. Coates to not be disabled be remanded to the Commissioner for further administrative proceedings. The Commissioner has not filed an objection.

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge, and and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) the ALJ erred as described in the Report and Recommendation;

(3) the matter is therefore REMANDED to the administration for further consideration as directed in the Report and Recommendation; and

(4) The Clerk is directed to send copies of this Order to Plaintiff's counsel, Defendant's counsel and Magistrate Judge J. Kelley Arnold.

DATED this 24th day of October, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE