# United States District Court

WESTERN DISTRICT OF WASHINGTON

SCOTT A. COATES

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE

CASE NUMBER: C07-5669 FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

(1) The Court adopts the Report and Recommendation;

(2) the ALJ erred as described in the Report and Recommendation;

(3) the matter is therefore REMANDED to the administration for further consideration as directed in the Report and Recommendation.

October 27, 2008    BRUCE RIFKIN
                    Clerk

                    _s/ J.L. Patton_
                    Deputy Clerk