07-CV-05669-ORD

FILED _____ LODGED
_____ RECEIVED

FEB 10 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SCOTT A. COATES,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

CIVIL NO. C07-5669 FDB

ORDER FOR EAJA FEES AND EXPENSES

This matter comes before the Court on Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses. The Commissioner has filed a response stating Defendant has no objection to the this request. The Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, it is hereby

ORDERED that Plaintiff's attorney Eitan Kassel Yanich is hereby awarded EAJA fees of $6,087.55 and expenses in the sum of $33.58, pursuant to 28 U.S.C. §2412, payable from the Judgment Fund pursuant to 31 U.S.C. §1304.

DATED this _10_ day of February, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER FOR EAJA FEES AND EXPENSES [C07-5669FDB] - 1

Eitan Kassel Yanich, Attorney at Law
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226