# United States District Court

WESTERN DISTRICT OF WASHINGTON

SCOTT A COATES,
        Plaintiff,
  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration,

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5669FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

ORDERED that Plaintiff's attorney Eitan Kassel Yanich is hereby awarded EAJA fees of $6,087.55 and expenses in the sum of $33.58, pursuant to 28 U.S.C. §2412, payable from the Judgment Fund pursuant to 31 U.S.C. §1304.

February 11, 2009

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
Deputy Clerk